UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON SINGLETON,

        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

20-CV-9245 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 17, 2021
         New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
              Chief United States District Judge