UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON L. SINGLETON,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTCIONS, et al.,

                Defendants.

20-CV-9245 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated December 1, 2021, the Court designated this action as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 and granted Plaintiff 30 days' leave to file a Section 2241 *habeas corpus* petition setting forth his grounds for relief. Before the Court issued this order, Plaintiff had filed a motion for summary judgment (ECF 14). The Court denies the motion as moot.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 14, 2021
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge