UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON SINGLETON,<br><br>        Petitioner,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>        Respondents. | 20-CV-9245 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued February 22, 2022, dismissing the petition,

 IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 22, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge